**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1571**

---

ROSETTA RUSHING,

                                  Plaintiff - Appellant,

     versus

COMMONWEALTH OF VIRGINIA, Virginia School for
the Deaf and Blind; DON SMITH, Principal,
Virginia School for the Deaf and Blind,

                                  Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Raymond A. Jackson, District Judge. (CA-95-168-4)

---

Submitted: November 7, 1996     Decided: November 18, 1996

---

Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Rosetta Rushing, Appellant Pro Se. James Stuart Gilmore, III, Attorney General, Ronald Nicholas Regnery, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In this employment discrimination action, Appellant appeals from the district court's orders granting Defendants' motion to dismiss certain of her claims and granting summary judgment as to the remainder. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Rushing v. Virginia, No. CA-95-168-4 (E.D. Va. Mar. 28 & July 5, 1996). In addition, because Appellant has already paid the filing fee, we deny her motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    AFFIRMED